Susan E. Hollander (SBN 133473)
susan.hollander@klgates.com
Jocelyn M. Belloni (SBN 253482)
jocelyn.belloni@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd.
7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Plaintiff PEKING HANDICRAFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEKING HANDICRAFT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMOND PETERSON DESIGN, LLC., a Wisconsin limited liability corporation,<br><br>Defendant. | Case No.    3:14-cv-05315-MMC<br><br>**[PROPOSED] ORDER GRANTING PEKING HANDICRAFT, INC.'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ASSOCIATED DEADLINES** |

1  The Court being fully advised, having considered Peking Handicraft, Inc.'s Administrative
2  Motion to Continue Hearing Date for Initial Case Management Conference and Extend Associated
3  Deadlines, the record, and applicable authorities and evidence, and good cause appearing therefor,

4  **IT IS HEREBY ORDERED THAT** that:

5  The Motion is GRANTED.  The Initial Case Management Conference scheduled for March
6  20, 2015 is continued to May 15, 2015.  The currently scheduled Case Management Conference set
7  for March 20, 2015 is hereby vacated.

8  **IT IS SO ORDERED.**

10  Dated: March 3, 2015

Hon. Maxine M. Chesney
U.S. District Judge