1  Susan E. Hollander (SBN 133473)
   susan.hollander@klgates.com
2  Jocelyn M. Belloni (SBN 253482)
   jocelyn.belloni@klgates.com
3  Ranjini Acharya (SBN 290877)
   ranjini.acharya@klgates.com
4  K&L GATES LLP
   4 Embarcadero Center
5  Suite 1200
   San Francisco, CA 94111
6  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
7
   Seth A. Gold (SBN 163220)
8  seth.gold@klgates.com
   K&L GATES LLP
9  10100 Santa Monica Blvd.
   7th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 552-5000
11 Facsimile: (310) 552-5001

12 Attorneys for Plaintiff PEKING HANDICRAFT,
   INC.
13

14              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
15

16 PEKING HANDICRAFT, INC., a          Case No.    3:14-cv-05315-MMC
   California corporation,
17                                     **[PROPOSED] ORDER GRANTING JOINT**
                  Plaintiff,           **REQUEST FOR REFERRAL TO**
18                                     **SETTLEMENT CONFERENCE**
   vs.
19
   DERMOND PETERSON DESIGN, LLC.,
20 a Wisconsin limited liability corporation,

21               Defendant.

22

23

24

25

26

27

28

                                      1

1

2     The Court being fully advised, having considered Peking Handicraft, Inc. and Dermond

3  Petersen Design LLC's Joint Motion for Referral to Settlement Conference, the record, and

4  applicable authorities and evidence, and good cause appearing therefor,

   **IT IS HEREBY ORDERED THAT THAT**:

5     The Joint Motion is GRANTED.  In accordance with Civ. L.R. 16-8 and ADR L.R. 7-2, this

6  matter is referred to a Settlement Conference, to be held before Magistrate Judge Corley during any

7  day of the week of June 15, 2015.

8

9  **IT IS SO ORDERED.**

10

11

Dated:      April 23, 2015          By:  *Maxine M. Chesney*

12                                        Hon. Maxine M. Chesney
                                          U.S. District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED]** ORDER; CASE NO.:  3:14-CV-05315-MMC