1  Susan E. Hollander (SBN 133473)
   susan.hollander@klgates.com
2  Jocelyn M. Belloni (SBN 253482)
   jocelyn.belloni@klgates.com
3  Ranjini Acharya (SBN 290877)
   ranjini.acharya@klgates.com
4  K&L GATES LLP
   4 Embarcadero Center
5  Suite 1200
   San Francisco, CA 94111
6  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
7
   Seth A. Gold (SBN 163220)
8  seth.gold@klgates.com
   K&L GATES LLP
9  10100 Santa Monica Blvd.
   7th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 552-5000
11 Facsimile: (310) 552-5001

12 Attorneys for Plaintiff PEKING HANDICRAFT,
   INC.
13
   [*Additional counsel listed on signature page*]
14

15                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16

17 | PEKING HANDICRAFT, INC., a California corporation, | Case No.   3:14-cv-05315-MMC |
|---|---|
18 | Plaintiff, | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
19 | vs. | |
20 | DERMOND PETERSON DESIGN, LLC., a Wisconsin limited liability corporation, | Date:       May 15, 2015 |
21 | | Time:       10:30 a.m. |
22 | Defendant. | Judge:      Hon. Maxine M. Chesney |
   | | Courtroom: 7 |

1

**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE –  CASE NO. 3:14-CV-05315-MMC**

1       Pursuant to Local Civil Rules 7-12 and 16-10, plaintiff Peking Handicraft, Inc. and defendant Dermond Peterson Design, LLC (together, the "Parties"), hereby submit this stipulated request for counsel to appear telephonically at initial case management conference currently scheduled for May 15, 2015.  As the Parties' forthcoming Case Management Statement will indicate, the Parties generally are in agreement on case scheduling issues and expect the case management conference to be fairly routine. The parties also are intending to appear before Magistrate Judge Jacqueline Scott Corley for a settlement conference on June 17, 2015.  Accordingly, counsel for each of the Parties requests permission to appear telephonically and avoid the cost associated with counsel traveling to San Francisco.

*Respectfully submitted,*

Dated:  May 1, 2015      By:  /s/  *Ranjini Acharya*
                                                      Susan E. Hollander
                                                      Seth A. Gold
                                                      Jocelyn M. Belloni
                                                      Ranjini Acharya

                                                      Attorneys for Plaintiff, PEKING HANDICRAFT, INC.

Dated:  May 1, 2015      By:  /s/ *Scott A. Burroughs*
                                                      Scott A. Burroughs (SBN 235718)
                                                      scott@donigerlawfirm.com
                                                      DONIGER / BURROUGHS
                                                      603 Rose Avenue
                                                      Venice, California 90291
                                                      Telephone: (310) 590-1820

                                                      Attorneys for Defendant DERMOND PETERSON DESIGN, LLC

**CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatory for whom a signature is indicated by a conformed signature (/s/). I have on file records to support this concurrence for production for the Court if so ordered.

Dated: May 1, 2015                              */s/ Ranjini Acharya*
                                                Ranjini Acharya

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May ___4___, 2015         By: _____
                                     United States District Court Judge