IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEKING HANDICRAFT, INC., a California Corporation,<br><br>          Plaintiff,<br>   v.<br><br>DERMOND PETERSON DESIGN, LLC., a Wisconsin Limited Liability Corporation,<br><br>          Defendant. | No. C 14-5315 MMC<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

    **IT IS SO ORDERED.**

Dated: June 18, 2015

_____
MAXINE M. CHESNEY
United States District Judge